# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FS2 CAPITAL PARTNERS, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-4933 |
| DANIEL J. CHURCH, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 16th day of January, 2015, upon consideration of the Motion for Sanctions (Doc. No. 10) filed by Plaintiff, FS2 Capital Partners, LLC ("Plaintiff"), and Defendant, Daniel J. Church's ("Defendant"), Response in Opposition, and the Motion for Sanctions (Doc. No. 25) filed by Defendant, and Plaintiff's Response in Opposition, it is hereby **ORDERED** that the individually filed Motions for Sanctions are **DENIED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE