IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FS2 CAPITAL PARTNERS, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 14-4933 |
| DANIEL J. CHURCH, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this   27th   day of July, 2015, upon consideration of the Motion for Sanctions (Doc. No. 46) filed by Defendant, Daniel J. Church ("Defendant"), and the Response in Opposition filed by Plaintiff, FS2 Capital Partners, LLC, it is hereby **ORDERED** that Defendant's Motion for Sanctions is **DENIED.**

BY THE COURT:

_/s/ Robert F. Kelly_ _____
ROBERT F. KELLY
SENIOR JUDGE